IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE AUMANTADO DE GUZMAN AND EDWARD V. DE GUZMAN,

Plaintiffs,

v.

GREENPOINT MORTGAGE FUNDING, INC., GMAC MORTGAGE GROUP LLC, GMAC MORTGAGE LLC and Does 1–10

Defendants.

No. C 09-03566 WHA

**ORDER TO SHOW CAUSE**

Defendants GMAC Mortgage, LLC and GMAC Mortgage Group, LLC filed a motion to dismiss the claims against it in this action. The motion is scheduled to be heard on October 29, 2009. Pursuant to Civil Local Rule 7-3, any brief in opposition to the motion was due on October 8, 2009, but no such opposition has been received. Plaintiffs are **ORDERED** to respond by **TUESDAY, OCTOBER 13, 2009 AT NOON**, and show cause for their failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternately to file a statement of non-opposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition.

**IT IS SO ORDERED.**

Dated: October 9, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE